CHARLES A. DEREMER, PLAINTIFF, v. PATRICK J. MACKIN, DEFENDANT.

Decided July 24, 1924.

On defendant's rule to show cause.

Before Justices KALISCH, KATZENBACH and LLOYD.

For the rule, *Gross & Gross.*

*Contra, William C. Gebhardt & Son.*

PER CURIAM.

The facts are the same as in No. 436 of the February term, 1924. The cases were tried together. In this case the judgment entered by default was $7,453.88 in favor of the plaintiff and against the defendant.

For the reasons stated in No. 436, Scherrer *v.* Mackin, the judgment entered in this case is vacated and set aside and a new trial ordered, and upon the same terms.